UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | **\*\*Crim. No. 07-106-P-S** |
| **FESTUS BABUNDO,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 11, 2008, his Recommended Decision (Docket No. 74). Defendant Babundo filed his Objection to the Recommended Decision (Docket No. 77) on February 21, 2008. The Government filed its response to Defendant's Objection (Docket No. 94) on March 10, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion to Suppress Evidence (Docket No. 46) is **DENIED**.

/s/George Z. Singal  
Chief U.S. District Judge

Dated: March 17, 2008